RECEIVED
IN ALEXANDRIA, LA.

APR - 1 2014

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MARY L. COLTRANE | DOCKET NO.:1:12-cv-02231 |
| VERSUS | |
| HARLEY G. LAPPIN, et al. | JUDGE JAMES T. TRIMBLE, Jr.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the defendants' motion for summary judgment (Doc. 42 and 63) is GRANTED and the plaintiff's complaint is DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 1st day of April, 2014.

_____
JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE